UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| VIRGINIA ANN WALLACE, | ) | CASE NO. 1:16-cv-2246 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER OF SOCIAL SECURITY, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for Child Disability Insurance Benefits, a Period of Disability, and Supplemental Security Income under Titles II and XVI of the Social Security Act.  Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to the Magistrate Judge for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1).  The Magistrate Judge submitted a report and recommendation (Doc. 16) that this Court AFFIRM the decision of the Commissioner.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  To date, no objections have been filed.  As such, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. The decision of the administrative law judge is AFFIRMED, and the underlying matter is DISMISSED in its entirety with prejudice.

IT IS SO ORDERED.

Dated: July 28, 2017 /s/ John R. Adams
UNITED STATES DISTRICT JUDGE